## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE MORELLO, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>-vs-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and JOHN DOES 1-25,<br><br>  Defendants. | Civil Case No.: 3:18-cv-03742 (BRM)(TJB)<br><br>**Civil Action**<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Returnable: December 18, 2019 |

    **PLEASE TAKE NOTICE** that on Wednesday, December 18, 2019, at 3:00 PM, or as soon thereafter as counsel may be heard, Plaintiff Wayne Morello, on behalf of himself and all others similarly situate, will move this Court before the Honorable Tonnianne J. Bongiovanni, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order certifying this case to proceed as a class action and granting final approval of the Parties' class settlement agreement.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), Plaintiff shall rely upon the enclosed Brief.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

**JONES, WOLF & KAPASI, LLC**
375 Passaic Avenue
Suite 100
Fairfield, NJ 07004
T: 973.227.5900
F: 973.244.0019
E: bwolf@legaljones.com

*Attorneys for Plaintiff Wayne Morello, on*

*behalf of himself and all others similarly situated*

BY:       */s/ Benjamin J. Wolf*
      _____
      BENJAMIN J. WOLF

Dated: December 16, 2019